UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaFRANCE BEAL,<br><br>      Petitioner,<br><br>  v.<br><br>WILLIAM MUNIZ,<br><br>      Respondent. | Case No. 16-cv-0149-TEH<br><br>ORDER OF DISMISSAL |

    Petitioner LaFrance Beal, a state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Docket No. 1. On the same day the action was filed, the Court notified Petitioner in writing that his action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit with his in forma pauperis (IFP) application a completed certificate of funds in his prison trust account (COF) signed by an authorized officer and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). The notice informed Petitioner that if he did not pay the fee or submit the required documents within twenty-eight days from the date of the notice, his action would be dismissed and the file closed.

    More than twenty-eight days have passed since the notice was filed and Petitioner has not paid the fee or provided the Court with the requisite items, or otherwise communicated with the

1  Court.  Accordingly, the action is DISMISSED without prejudice.
2        Because reasonable jurists would not find the result here
3  debatable, a certificate of appealability ("COA") is DENIED.  See
4  Slack v. McDaniel, 529 U.S. 473, 484-85 (2000) (standard for
5  COA).  The Clerk is directed to terminate all pending motions as
6  moot and close the file.
7        IT IS SO ORDERED.
8  Dated: 02/17/2016

                                    _____
                                    THELTON E. HENDERSON
                                    United States District Judge

G:\PRO-SE\TEH\HC.16\Beal0149.dis_ifp.docx